IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL SHELTON HARRIS,

    Plaintiff,

v.                                                         CIV 19-0472 MV/KBM

SHANE FERRARI, *et al.*,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 14, 2021 (*Doc. 54*). The proposed findings notify Harris of his ability to file objections and that failure to do so waives appellate review. Harris' objections were due on October 28, 2021. To date, Harris has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered to him.

Wherefore,

IT IS HEREBY ORDERED:

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 54*) is ADOPTED;

2.     Defendants' Motion to Strike (*Doc. 42*) is GRANTED, and Plaintiff's Supplements *(Docs. 40 & 41)* are STRICKEN;

3.     Plaintiff's request to amend his Second Amended Complaint to add an equal protection claim is DENIED;

4.     Summary judgment is entered for Defendants on all claims;

5.     The Second Amended Complaint is DISMISSED WITH PREJUDICE;

6.     Plaintiff's Motion to Set Jury Trial is DENIED as moot (*Doc. 52*); and

7.  A final order pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action with prejudice will be entered concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE